FILED
JANUARY 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 50014

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(WESTERN DIVISION)

| | |
|---|---|
| TITAN TIRE CORPORATION OF FREEPORT, ) | |
| ) | CASE NO. _____ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STEELWORKERS OF AMERICA, ) | |
| LOCAL 745L, ) | |
| ) | |
| Defendant. ) | |

## NOTIFICATION OF AFFILIATES-DISCLOSURE STATEMENT

The undersigned, counsel of record for Plaintiff, Titan Tire Corporation of Freeport, furnishes the following in compliance with Local Rule 3.2 of the Local General Rules.

A. In the case of a corporation:

1. any parent, or

   **Titan Tire Corporation of Freeport owned by Titan Tire Corporation owned by Titan International, Inc.**

2. any entity owning more than 5% of the corporation.

   **Not applicable.**

B. In the case of a partnership, joint venture, LLC or LP, any member.

If any such affiliate is itself a partnership, joint venture, LLC, LLP or any other unincorporated association, its "affiliates" (as defined above) shall also be included within the definition of "affiliate."

**Not applicable.**

#337606-v1

- 2 -

                              TITAN TIRE CORPORATION OF FREEPORT


                    By:  /s/ Michael R. Lied
                         Michael R. Lied


Michael R. Lied
Tracy C. Litzinger
Howard & Howard Attorneys, P.C.
One Technology Plaza, Suite 600
Peoria, IL  61602-1350
Telephone: 309-672-1483
Facsimile:  309-672-1568
tlitzinger@howardandhoward.com
IL Atty Reg. No.:  06225477

Gene R. La Suer
Davis, Brown, Koehn, Shors & Roberts, P.C.
666 Walnut Street, Suite 2500
Des Moines, Iowa 50309-3993
Telephone:  (515) 288-2500
Facsimile:  (515) 243-0654
E-mail:  GeneLaSuer@davisbrownlaw.com