IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(WESTERN DIVISION)

|  |  |  |
|---|---|---|
| TITAN TIRE CORPORATION OF FREEPORT, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 08-C-50014 |
| | ) | |
| v. | ) ) | CORRECTED CERTIFICATE OF |
| UNITED STEELWORKERS OF AMERICA, LOCAL 745L, | ) ) ) | SERVICE |
| Defendant. | ) ) | |

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 1400
3800 Howard Hughes Parkway
Las Vegas, NV 89169.5914
702.257.1483
Fax 702.567.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

On January 21, 2008, we caused a copy of the Notice of Motion to Vacate Arbitration Award and Motion to Vacate Arbitration Award to be served upon the President of the United Steel Workers, Local 745 – Freeport, IL, 2496 East Maize Road, Freeport, IL 61032, via facsimile 815-232-7762, a copy of the facsimile confirmation is attached. A paper copy of these documents was served by hand-delivery on January 23, 2008, and a copy of the Affidavit of Process Server is attached.

/s/ Michael R. Lied
Michael R. Lied
Tracy C. Litzinger
Howard & Howard
One Technology Plaza, Ste. 600
211 Fulton Street
Peoria, IL 61602-1350
Telephone: (309) 999-6313
Facsimile: (309) 672-1568
E-mail: MLied@howardandhoward.com
E-mail: TLitzinger@howardandhoward.com

#338254-v1

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 1400
3800 Howard Hughes Parkway
Las Vegas, NV 89169.5914
702.257.1483
Fax 702.567.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

Gene R. La Suer
Davis, Brown, Koehn, Shors & Roberts, P.C.
666 Walnut Street, Suite 2500
Des Moines, Iowa 50309-3993
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
E-mail: GeneLaSuer@davisbrownlaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned caused a copy of the foregoing document to be served on all persons listed below, via U.S. mail and facsimile 815-232-7762 on January 24, 2008.

> President of the United Steel Workers
> Local 745 – Freeport, IL
> 2496 East Maize Road
> Freeport, IL  61032

Under penalties as provided by law, the undersigned certifies that the statements set forth in this Certificate of Serve are true and accurate.

/s/ Michael R. Lied
Michael R. Lied
Tracy C. Litzinger
Howard & Howard
One Technology Plaza, Ste. 600
211 Fulton Street
Peoria, IL  61602-1350
Telephone:  (309) 999-6313
Facsimile:  (309) 672-1568
E-mail:  MLied@howardandhoward.com
E-mail:  TLitzinger@howardandhoward.com

**Howard & Howard**
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 1400
3800 Howard Hughes Parkway
Las Vegas, NV 89169.5914
702.257.1483
Fax 702.567.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

```
***************************************************************************
*              TRANSACTION REPORT                              P. 01       *
*              ─────────────────                                           *
*                                           JAN-21-2008 MON 04:42 PM       *
*  DATE START   RECEIVER        TX TIME   PAGES TYPE    NOTE      M#  DP   *
*  ─────────────────────────────────────────────────────────────────────── *
*  JAN-21 04:37 PM 918152327762   5' 15"    20  SEND    (OK)      640      *
*  ─────────────────────────────────────────────────────────────────────── *
*                                 TOTAL :  5M 15S  PAGES: 20               *
***************************************************************************
```

# Howard & Howard

law for business

## FACSIMILE TRANSMITTAL SHEET

This communication is confidential and intended only for the addressee. Any distribution or duplication of this communication is prohibited. If this facsimile was not intended for you, please telephone us immediately so that we can arrange for its return at our expense.

TO:
President of the United Steel Workers
Local 745, Freeport, IL

FROM:
Michael R. Lied, Esq.

COMPANY:

DATE:
01-21-08

FAX NUMBER:
815 232-7762

PAGES:
20

PHONE NUMBER:
815 235-9713

SENDER'S TELEPHONE NUMBER:
(309) 672-1483

CLIENT NUMBER:
Firm

SENDER'S FAX NUMBER:
(309) 672-1568

*Stewart and Associates, Inc.*

## AFFIDAVIT OF PROCESS SERVER

Northern District of Illinois Western Division

Case Number: **08 C 50014**

**Titan Tire Corporation Of Freeport vs United Steel Workers Of America, Local 745L**

Person Served: **President of the United Steel Workers**

Address: **Local 745 - Freeport IL 2496 East Maize Road**

City/State/Zip: **Freeport, IL 61032**

I, Aimee Sager, a registered employee of Brian W. Stewart & Associates, Inc. an Illinois Private Detective Agency License #117-000540, after being duly sworn, do hereby state that the attached document(s) entitled: **Notice Of Motion To Vacate Arbitration Award & Motion To Vacate Arbitration Award** was served as indicated.

SERVICE INFORMATION:

Service Address (if different than above): _____

____ Personal Service: Left copy of the document(s) with above personally.

Date ___/___/___ Time: _____

Date Of Birth: _____ Sex: M F Race: ____ Height: ____ Weight: ____ Hair: ____

____ Substitute Service: Left copy of the document(s) at the defendant's usual place of abode with some person of the age of 13 years or upwards and informed that person of the contents thereof. Service was followed by sending a copy of the document(s) in a sealed envelope with postage fully prepaid addressed to the defendant at his/her usual place of abode.

Name: _____ Relation: _____ (live-in)

Date ___/___/___ Time: _____

Date Of Birth: _____ Sex: M F Race: ____ Height: ____ Weight: ____ Hair: ____

Date copy mailed ___/___/___

**X** Service on: Corporation____ Company____ Business____ Other **X**

Left a copy of the document(s) with the following:
Registered Agent____ Officer____ Owner____ Authorized Person **X** Cert. Mail____

Name: **Steve Vanderheyden** Title: **President**

Date **1/23/08** Time: **2:36pm**

Date Of Birth: **4-11-57** Sex: **M** F Race: **W** Height **6'0"** Weight: **230** Hair **Brown**

Subscribed and sworn before me this **24** day of **January**, 20**08**.

_Amanda Muller_
Notary Public

_Aimee Sager_
Registered Employee
Brian W. Stewart & Associates, Inc.
Fee: $ **125.00**
Our Job #: 62990

```
OFFICIAL SEAL
AMANDA MULLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/14/10
```