IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| **TITAN TIRE CORPORATION OF FREEPORT,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08 C 50014 |
| **UNITED STEELWORKERS OF AMERICA, LOCAL 745L**, | ) |
| Defendant. | ) |

**A P P E A R A N C E**

I hereby appear on behalf of Defendant United Steelworkers of America, Local 745L.

Respectfully submitted,

CORNFIELD AND FELDMAN

By: /s/ Stephen A. Yokich
    Stephen A. Yokich
    Attorney Bar Number 6181707

Attorneys for Defendant United Steel Workers, Local 745L

Dated: February 5, 2008

CORNFIELD AND FELDMAN
Suite 1400
25 East Washington Street
Chicago, IL 60602-1803
(312) 236-7800
(312) 236-6686 (fax)

## CERTIFICATE OF SERVICE

Stephen A. Yokich, an attorney, hereby certifies that on February 5, 2008, he caused the foregoing **Appearance** to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Michael R. Lied, Esq.
> Tracy C. Litzinger, Esq.
> HOWARD & HOWARD
> One Technology Plaza, Suite 600
> 211 Fulton Street
> Peoria, IL   61602-1350

and further certifies that on February 5, 2008, he caused the same document to be served upon the following nonregistered participants by U.S. Mail, first-class postage prepaid and addressed as shown below:

> Gene R. La Suer, Esq.
> DAVIS, BROWN, KOEHN, SHORS & ROBERTS, P.C.
> 666 Walnut Street, Suite 2500
> Des Moines, Iowa   50309-3993

/s/ Stephen A. Yokich
Stephen A. Yokich