**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Western Division**

Titan Tire Corporation Of Freeport

                                      Plaintiff,

v.                                                     Case No.: 3:08−cv−50014

                                                                 Honorable Philip G. Reinhard

United Steelworkers Of America, Local 745L

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 5, 2008:

      MINUTE entry before Judge P. Michael Mahoney : Telephonic Status hearing held on 3/5/2008. Telephonic Status hearing set for 3/20/2008 at 10:15 AM.Telephoned notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.