UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Western Division

Titan Tire Corporation Of Freeport

Plaintiff,

v.

Case No.: 3:08−cv−50014

Honorable Philip G. Reinhard

United Steelworkers Of America, Local 745L

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 20, 2008:

MINUTE entry before Judge Honorable P. Michael Mahoney: Telephonic Status hearing held on 3/20/2008. Response to counterclaim due by 4/3/2008. No fact discovery necessary. Dispositive Motions due by 4/21/2008. Status hearing to present dispositive motions set for 4/30/2008 at 01:30 PM. Telephoned notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.