# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Western Division

Titan Tire Corporation Of Freeport

                    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 3:08−cv−50014

                    Honorable Philip G. Reinhard

United Steelworkers Of America, Local 745L

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 28, 2008:

      MINUTE entry before Judge Honorable P. Michael Mahoney: Defendant's Motion for extension of time to file motion for summary judgment [18] is granted. Motions due by 4/28/2008. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.