# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Western Division

Titan Tire Corporation Of Freeport

Plaintiff,

v.

Case No.:
3:08−cv−50014

Honorable Philip G.
Reinhard

United Steelworkers Of America, Local 745L

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

     MINUTE entry before Judge Honorable P. Michael Mahoney: Status hearing held on 4/30/2008. Parties' CROSSMOTIONS for summary judgment [15] [21] are taken under advisement. Set deadlines as to cross motions for summary judgment[21][15] : Responses due by 5/21/2008. Replies due by 6/4/2008. If a party is not going to file a brief in response or reply, it is that partys obligation, within the time frame established by this order, to so notify the court in writing. Status hearing set for 6/18/2008 at 01:30 PM. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.