# United States District Court
## Northern District of Illinois
### Western Division

Titan Tire Corporation Of Freeport       **JUDGMENT IN A CIVIL CASE**

        v.                              Case Number: 08 C 50014

United Steelworkers Of America,
 Local 745L

☐      Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■      Decision by Court.  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.


IT IS HEREBY ORDERED AND ADJUDGED that Titan's motion for summary judgment is denied. The Union's motion for summary judgment on its counterclaim to enforce the award is granted. Judgment is entered in favor of the Union enforcing the arbitrator's award of October 22, 2007.


                                             Michael W. Dobbins, Clerk of Court

Date: 8/22/2008

                                             /s/ Jennifer Titak, Deputy Clerk